### NEW FREEDOM MORTGAGE CORPORATION,
**Respondent,**

v.

### METROPOLITAN CREDIT CONSULTANTS, INC., James L. Miller and Sandra Miller, Appellants.

No. ED–85057.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 28, 2005.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 4, 2005.

Daniel R. Schramm, Chesterfield, MO, for appellants.

John R. Sears, St. Louis, MO, for respondent.

Before PATRICIA L. COHEN, P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

### *ORDER*

PER CURIAM.

Metropolitan Credit Consultants, Inc., and James L. and Sandra Miller (collectively "the Millers") appeal the judgment of the Circuit Court of St. Louis County denying their motion to set aside a $274,519.63 judgment in favor of New Freedom Mortgage Corporation ("New Freedom").

After reviewing the briefs of the parties and the record on appeal, we find that the trial court did not abuse its discretion in denying the Millers' motion to set aside the judgment. *Tinsley v. B & B Engines, Inc.,* 27 S.W.3d 859, 861 (Mo.App. E.D. 2000); *Preferred Laser Services, Inc. v. Abate,* 117 S.W.3d 678, 680 (Mo.App. E.D. 2003). An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision.

We affirm the award pursuant to Rule 84.16(b).